trict court error that he invited. *See id.*, at 88.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

September 17, 2001 be affirmed for the reasons stated in the memorandum opinion filed therewith.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

**Charles M. WELZANT, Appellant,**

v.

**MERRILL LYNCH PIERCE FENNER & SMITH, INC., et al., Appellees.**

No. 01–7171.

United States Court of Appeals, District of Columbia Circuit.

Nov. 12, 2002.

Rehearing En Banc Denied Jan. 8, 2003.

Before GINSBURG, Chief Judge, EDWARDS, Circuit Judge, and SILBERMAN, Senior Circuit Judge.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. It is

ORDERED AND ADJUDGED that the district court's order and judgment filed

**Golden State WARRIORS, Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 01–1394.

United States Court of Appeals, District of Columbia Circuit.

Nov. 15, 2002.

Before RANDOLPH and ROGERS, Circuit Judges, and WILLIAMS, Senior Circuit Judge.

*JUDGMENT*

PER CURIAM.

This cause was considered on the record compiled before the National Labor Relations Board and was argued by counsel. It is